Report: CZR0026

**6TH JUDICIAL CIRCUIT**
**PLATTE**
**CIRCUIT COURT DOCKET SHEET**

Date:      28-Feb-2011
Time:      12:23:41PM
Page:      3

Case continued from previous page.

| **10AE-CV04651** | **AHMED BEDDOUCHE V UNITED RENTALS INC ETAL** | **Security Level: 1 Public** |

28-Feb-2011    **Corporation Served**
Document ID - 11-SMCC-62;   Served To - UNITED RENTALS NORTHWEST INC;   Server - ;
Served Date - 16-FEB-11;   Served Time - 08:00:00;   Service Type - Sheriff Department;   Reason
Description - Served

Summons served to S. Lewis, designee of CSC Lawyers, Inc, on behalf of United Rentals Northwest,
Inc. on February 16, 2011 at 8 AM by the Cole County Sheriff's Department.  (klw)

Report: CZR0026

6TH JUDICIAL CIRCUIT
PLATTE
CIRCUIT COURT DOCKET SHEET

Date: 28-Feb-2011
Time: 12:23:41PM
Page: 2

Case continued from previous page.

| 10AE-CV04651 | AHMED BEDDOUCHE V UNITED RENTALS INC ETAL | Security Level: 1 Public |

**26-Jan-2011**
**Request Filed**
REQUEST AND SERVICE INSTRUCTION FORM for Defendant United Rentals Highway Technologies, Inc. filed by Defendant. (klw)
**Filed By: ANDREW B PROTZMAN**

**Summons Issued-Circuit**
Document ID: 11-SMCC-61, for UNITED RENTALS HIGHWAY TECHNOLOGIES INC.

together with copies of Petition, 90 Day Docket Call and Court check # 43679 in the amount of $78.00, mailed to the Cole County Sheriff's Department for proper service on the Defendant. (klw)
**Service/Attempt Date: 16-Feb-2011**

**Request Filed**
REQUEST AND SERVICE INSTRUCTION FORM for Defendant United Rentals Northwest, Inc. filed by Defendant. (klw)
**Filed By: ANDREW B PROTZMAN**

**Summons Issued-Circuit**
Document ID: 11-SMCC-62, for UNITED RENTALS NORTHWEST INC.

together with copies of Petition, 90 Day Docket Call and Court check # 43679 in the amount of $78.00, mailed to the Cole County Sheriff's Department for proper service on the Defendant. (klw)
**Service/Attempt Date: 16-Feb-2011**

**28-Feb-2011**
**Corporation Served**
Document ID - 11-SMCC-59; Served To - UNITED RENTALS INC; Server - ; Served Date - 16-FEB-11; Served Time - 08:00:00; Service Type - Special Process Server; Reason Description - Served

Summons served to S. Lewis, designee of CSC Lawyers, Inc, on behalf of United Rentals, Inc. on February 16, 2011 at 8 AM by the Cole County Sheriff's Department. (klw)

**Corporation Served**
Document ID - 11-SMCC-60; Served To - UNITED RENTALS NORTH AMERICA INC; Server - ; Served Date - 16-FEB-11; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

Summons served to S. Lewis, designee of CSC Lawyers, Inc, on behalf of United Rentals North America, Inc. on February 16, 2011 at 8 AM by the Cole County Sheriff's Department. (klw)

**Corporation Served**
Document ID - 11-SMCC-61; Served To - UNITED RENTALS HIGHWAY TECHNOLOGIES INC; Server - ; Served Date - 16-FEB-11; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

Summons served to S. Lewis, designee of CSC Lawyers, Inc, on behalf of United Rentals Highway Technologies, Inc. on February 16, 2011 at 8 AM by the Cole County Sheriff's Department. (klw)

Report: CZR0026

6TH JUDICIAL CIRCUIT
PLATTE
CIRCUIT COURT DOCKET SHEET

Date: 28-Feb-2011
Time: 12:23:41PM
Page: 1

**10AE-CV04651**    **AHMED BEDDOUCHE V UNITED RENTALS INC ETAL**    **Security Level: 1 Public**

| | | | |
|---|---|---|---|
| **Case Type:** | CC Pers Injury-Prod Liab | **Case Filing Date:** | 29-Dec-2010 |
| **Status:** | Pet Filed in Circuit Ct | | |
| **Disposition:** | | **Disposition Date:** | |

<u>Release/Status Reason</u>
<u>Change Date</u>

Judge    OWENS LEE HULL JR (23538)
Plaintiff    **AHMED BEKKOUCHE (BEKA*6431)**
Attorney for Plaintiff    ANDREW BENTLEY PROTZMAN(47086)
Defendant    **UNITED RENTALS INC (UNITEDREI)**
**UNITED RENTALS NORTH AMERICA INC (UNITEDRNA)**
**UNITED RENTALS HIGHWAY TECHNOLOGIES INC (UNITEDRHT)**
**UNITED RENTALS NORTHWEST INC (UNITEDRNI)**

| <u>Filing Date</u> | <u>Description</u> |
|---|---|

29-Dec-2010    **Judge Assigned**

**Pet Filed in Circuit Ct**
PETITION FOR DAMAGES filed by Plaintiff. (klw)
**Filed By:** ANDREW B PROTZMAN

**Notice**
OF 90 DAY DOCKET CALL filed. Same scheduled for March 21, 2011 at 9 AM in Division II. (klw)

**Hearing Scheduled**
**Scheduled For:** 21-Mar-2011; 9:00 AM; OWENS LEE HULL JR; **Setting:** 0; Platte

26-Jan-2011    **Request Filed**
REQUEST AND SERVICE INSTRUCTION FORM for Defendant United Rentals, Inc. filed by Defendant. (klw)
**Filed By:** ANDREW B PROTZMAN

**Summons Issued-Circuit**
Document ID: 11-SMCC-59, for UNITED RENTALS INC.

together with copies of Petition, 90 Day Docket Call and Court check # 43679 in the amount of $78.00, mailed to the Cole County Sheriff's Department for proper service on the Defendant. (klw)
**Service/Attempt Date:** 16-Feb-2011

**Request Filed**
REQUEST AND SERVICE INSTRUCTION FORM for Defendant United Rentals (North America), Inc. filed by Defendant. (klw)
**Filed By:** ANDREW B PROTZMAN

**Summons Issued-Circuit**
Document ID: 11-SMCC-60, for UNITED RENTALS NORTH AMERICA INC.

together with copies of Petition, 90 Day Docket Call and Court check # 43679 in the amount of $78.00, mailed to the Cole County Sheriff's Department for proper service on the Defendant. (klw)
**Service/Attempt Date:** 16-Feb-2011



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | Case Number: 10AE-CV04651 |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>KANSAS CITY, MO 64105 |
| | vs. |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

**F I L E D**

FEB 2 8 2011

SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

RECEIVED JAN 31 2011 COLE COUNTY SHERIFF'S OFFICE

RECEIVED FEB 11 2011 ___ COUNTY SHERIFF'S OFFICE

## Summons in Civil Case

The State of Missouri to: UNITED RENTALS NORTHWEST INC
Alias:

CSC LAWYERS INC SERVICE CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*PLATTE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011
_____
Date

SANDRA L. DOWD, C0 BY
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☑ other Served United Rentals Northwest Inc c/o CSC S. Lewis, designee
Served at 221 Bolivar St. JC Mo 65101 (address)
in Cole (County/City of St. Louis), MO, on 02-16-2011 (date) at 0800 (time).

Greg B. White
_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees** | | |
| Summons | $ 20 | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ 3 ( _____ miles @ $._____ per mile) | 1056.79<br>434.79<br>30.00 |
| Total | $ 20 | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document ID# 11-SMCC-62    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 4 of 30



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | Case Number: 10AE-CV04651 |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>KANSAS CITY, MO 64105 |
| vs. | |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | (Date File Stamp) |

**F I L E D**
FEB 2 8 2011
SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

## Summons in Civil Case

**The State of Missouri to:** UNITED RENTALS HIGHWAY TECHNOLOGIES INC
   **Alias:**

CSC LAWYERS INC SERVICE CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*RECEIVED*
*JAN 31 2011*
*COLE COUNTY*
*SHERIFF'S OFFICE*

COURT SEAL OF
*(Court seal)*
PLATTE COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011 _____
Date

SANDRA L. DOWD, CC BY
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☑ other _Served United Rentals Highway Tech. Inc c/o CSC — S. Lewis, designee_
Served at _221 Bolivar St. JC MO 65101_ (address)
in _Cole_ (County/City of St. Louis), MO, on _2-16-20__ (date) at _0800_ (time).

_Greg B Milne_
Printed Name of Sheriff or Server

_John ___ ___ (Signature)_
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                        Date

_____
Notary Public

*(Seal)*

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ | 20— |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ | 10.00 |
| Mileage | $ | ___ ( ___ miles @ $. ___ per mile) |
| Total | $ | 20— |

*10516*
*43619*
*30⁰⁰*

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 11-SMCC-61     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05,
506.120 through 506.140, and 506.150 RSMo

Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 5 of 30



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | **Case Number: 10AE-CV04651** |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>vs.  KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | SUITE 5<br>PLATTE CITY, MO 64079    (Date File Stamp) |

FILED
FEB 2 8 2011
SANDRA L. DOWD
Clerk of the Circuit Court, Platte County, MO

RECEIVED

## Summons in Civil Case

The State of Missouri to: UNITED RENTALS NORTH AMERICA INC
                Alias:

**CSC LAWYERS INC SERVICE CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

JAN 31 2011
COLE COUNTY
SHERIFF'S OFFICE

COURT SEAL OF

PLATTE COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011
_____
Date

SANDRA L. DOWD, CC BY
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☑ other Served United Rentals North America Inc c/o CSC... S Lewis, designee

Served at 221 Bolivar St. JC Mo 65101 _____ (address)
in Cole _____ (County/City of St. Louis), MO, on 01-16-2011 (date) at 0800 (time).

Greg B White _____
Printed Name of Sheriff or Server

John B Jukens _____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
             Date

_____
Notary Public

*(Seal)*

| Sheriff's Fees | |
|---|---|
| Summons | $ 20 |
| Non Est | $ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $._____ per mile) |
| Total | $ 30 |

10516 79
436 79
30 00

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 11-SMCC-60**    1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05,<br>and 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 6 of 30



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | **Case Number: 10AE-CV04651** |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>KANSAS CITY, MO 64105 |
| vs. | |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | PLATTE CITY, MO 64079 |
| | (Date File Stamp) |

FILED
FEB 2 8 2011
SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

## Summons in Civil Case    RECEIVED

The State of Missouri to:  **UNITED RENTALS INC**
      Alias:
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

JAN 3 1 2011
COLE COUNTY
SHERIFF'S OFFICE

**COURT SEAL OF**

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011

**PLATTE COUNTY**

_____
Date

SANDRA L. DOWD, CC BY
_____
Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☑ other _Served United Rentals Inc % CSC... S. Lewis, designee_

Served at _221 Bolivar St - JC mo 65101_ (address)

in _Cole_ (County/City of St. Louis), MO, on _02-16-2011_ (date) at _0800_ (time).

_Greg B White_
Printed Name of Sheriff or Server

_John Dupont_
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____
              Date

_____
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $ 20 - |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ ___ ( ___ miles @ $. ___ per mile) |
| Total | $ 20 - |

1056
43679 30

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 11-SMCC-59**    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 through 506.140, and 506.150 RSMo

```
                    R E C E I P T
                    - - - - - - - - - - - - -

                                    6th Judicial Circuit Court

                               Receipt Number: 06AE414759
                                          Date: 27-JAN-2011
                                       Cashier: JOHNSOKK

Payor:   PROTZMAN LAW FIRM LLC
                                              ID: PROTZMANL

Address: 1100 MAIN ST
         SUITE 2600
         KANSAS CITY, MO  64105

Court:      6th Judicial Circuit
Case Type:  CC Pers Injury-Prod Liab
Location:   Platte
Case Judge: OWENS LEE HULL

First Charge on Case:
Violation/Docket             Description                      Amount
-------------------------- ---------------------------- -----------------
Case: 10AE-CV04651 - AHMED BEDDOUCHE V UNITED RENTALS INC ETAL
Party: ANDREW BENTLEY PROTZMAN
                             Open Items Refund               78.00

                             Check 1053                     -78.00
_____

                                        Total Fees:         78.00

                                     Total Payment:         78.00

                                       Balance Due:          0.00

Next Scheduled Event:    Hearing, 21-MAR-2011    9:00 AM
Judge for Event:         OWENS LEE HULL
Location of Event:       Platte, DIVISION 2 COURT ROOM

Receipt Text:

NOTE: Case information shown on receipt is current as of the date printed.
```



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | Case Number: 10AE-CV04651 |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>vs. KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **UNITED RENTALS NORTHWEST INC**
                    **Alias:**

**CSC LAWYERS INC SERVICE CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*          You are summoned to appear before this court and to file your pleading to the petition, a copy of
                 which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the
                 above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to
                 file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*PLATTE COUNTY*

January 26, 2011                           SANDRA L DOWD, CC BY
                                           ~~FILE COPY~~
_____                    ~~Platte County Circuit Court~~
        Date                               _____
Further Information:                                  Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
  _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
  _____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

              My commission expires: _____          _____
                                        Date                              Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of
suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 11-SMCC-62**          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                              and 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 9 of 30

IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

AHMED BEKKOUCHE,                              )
13314 W. 138th Terrace                         )
Overland Park, KS 66221                        )
                                               )
                                               )
            Plaintiff,                         )        Case No. 10AE-CV04651
                                               )
                                               )        Division No. 2
v.                                             )
                                               )
UNITED RENTALS, INC.                           )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
       221 BOLIVAR STREET                      )
       JEFFERSON CITY MO 65101                 )
                                               )
and                                            )
                                               )
UNITED RENTALS                                 )
(NORTH AMERICA), INC.                          )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
       221 BOLIVAR STREET                      )
       JEFFERSON CITY MO 65101                 )
                                               )
and                                            )
                                               )
UNITED RENTALS HIGHWAY                         )
TECHNOLOGIES, INC.                             )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
       221 BOLIVAR STREET                      )
       JEFFERSON CITY MO 65101                 )
                                               )
and                                            )
                                               )
UNITED RENTALS NORTHWEST, INC.                 )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
       221 BOLIVAR STREET                      )
       JEFFERSON CITY MO 65101                 )
                                               )
            Defendants.                        )

## REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the Circuit Court

The Clerk of the Court will issue a Summons in the above-entitled action for United Rentals Northwest, Inc. You are hereby instructed to effect service as follows:

Please Serve: Registered Agent for United Rentals Northwest, Inc.: *CSC Lawyers Incorporating Service Co., 221 BOLIVAR STREET, JEFFERSON CITY MO 65101*

___X___ a.    Service through the office of the Sheriff of Cole County, State of Missouri, other than by certified mail.

*Respectfully submitted by,*

THE PROTZMAN LAW FIRM, LLC,

_____

Andrew B. Protzman, MO No. 47086
1100 Main Street
Suite 2600
Kansas City, Missouri 64105
(816) 421-5100
(816) 421-5105 (fax)
andy@protzmanlaw.com



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | **Case Number: 10AE-CV04651** |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>vs. KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5<br>PLATTE CITY, MO 64079 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: UNITED RENTALS HIGHWAY TECHNOLOGIES INC
Alias:

CSC LAWYERS INC SERVICE CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*PLATTE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011

SANDRA L. DOWD, CC BY

FILE COPY

Platte County Circuit Court

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 11-SMCC-61    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 12 of 30

# IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

F I L E D

JAN 2 6 2011

SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

AHMED BEKKOUCHE,                                    )
13314 W. 138th Terrace                              )
Overland Park, KS 66221                             )
                                                    )
                                                    )
                Plaintiff,                          )        Case No. 10AE-CV04651
                                                    )
                                                    )        Division No. 2
v.                                                  )
                                                    )
UNITED RENTALS, INC.                                )
                                                    )
*Serve:* *CSC Lawyers Incorporating Service Co.*    )
         *221 BOLIVAR STREET*                       )
         *JEFFERSON CITY MO 65101*                  )
                                                    )
and                                                 )
                                                    )
UNITED RENTALS                                      )
(NORTH AMERICA), INC.                               )
                                                    )
*Serve:* *CSC Lawyers Incorporating Service Co.*    )
         *221 BOLIVAR STREET*                       )
         *JEFFERSON CITY MO 65101*                  )
                                                    )
and                                                 )
                                                    )
UNITED RENTALS HIGHWAY                              )
TECHNOLOGIES, INC.                                  )
                                                    )
*Serve:* *CSC Lawyers Incorporating Service Co.*    )
         *221 BOLIVAR STREET*                       )
         *JEFFERSON CITY MO 65101*                  )
                                                    )
and                                                 )
                                                    )
UNITED RENTALS NORTHWEST, INC.                      )
                                                    )
*Serve:* *CSC Lawyers Incorporating Service Co.*    )
         *221 BOLIVAR STREET*                       )
         *JEFFERSON CITY MO 65101*                  )
                                                    )
                Defendants.                         )

## REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the Circuit Court

     The Clerk of the Court will issue a Summons in the above-entitled action for United Rentals Highway Technologies, Inc. You are hereby instructed to effect service as follows:

Please Serve: Registered Agent for United Rentals Highway Technologies, Inc.: *CSC Lawyers Incorporating Service Co., 221 BOLIVAR STREET, JEFFERSON CITY MO 65101*

   __X__ a.    Service through the office of the Sheriff of Cole County, State of Missouri, other than by certified mail.

                                   *Respectfully submitted by,*

                                   THE PROTZMAN LAW FIRM, LLC,

                                  _____

                                   Andrew B. Protzman, MO No. 47086
                                   1100 Main Street
                                   Suite 2600
                                   Kansas City, Missouri 64105
                                   (816) 421-5100
                                   (816) 421-5105 (fax)
                                   andy@protzmanlaw.com



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| Judge or Division:<br>OWENS LEE HULL JR | Case Number: 10AE-CV04651 |
|---|---|
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | PLATTE CITY, MO 64079      (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **UNITED RENTALS NORTH AMERICA INC**
    **Alias:**

**CSC LAWYERS INC SERVICE CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011

SANDRA L. DOWD, CC BY

FILE COPY

*PLATTE COUNTY*

_____
Date

Further Information:

Platte County Circuit Court

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

    **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
                Date                         Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( ___ miles @ $.___ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only: Document Id # 11-SMCC-60*      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                     54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:11-cv-00282-JTM    Document 1-1    Filed 03/18/11    Page 15 of 30

IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

FILED
JAN 2 6 2011
SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

AHMED BEKKOUCHE,                                    )
13314 W. 138th Terrace                              )
Overland Park, KS 66221                             )
                                                    )
                                                    )
               Plaintiff,                           )     Case No. 10AE-CV04651
                                                    )
                                                    )     Division No. 2
v.                                                  )
                                                    )
UNITED RENTALS, INC.                                )
                                                    )
Serve: CSC Lawyers Incorporating Service Co.        )
       221 BOLIVAR STREET                           )
       JEFFERSON CITY MO 65101                      )
                                                    )
and                                                 )
                                                    )
UNITED RENTALS                                      )
(NORTH AMERICA), INC.                               )
                                                    )
Serve: CSC Lawyers Incorporating Service Co.        )
       221 BOLIVAR STREET                           )
       JEFFERSON CITY MO 65101                      )
                                                    )
and                                                 )
                                                    )
UNITED RENTALS HIGHWAY                              )
TECHNOLOGIES, INC.                                  )
                                                    )
Serve: CSC Lawyers Incorporating Service Co.        )
       221 BOLIVAR STREET                           )
       JEFFERSON CITY MO 65101                      )
                                                    )
and                                                 )
                                                    )
UNITED RENTALS NORTHWEST, INC.                      )
                                                    )
Serve: CSC Lawyers Incorporating Service Co.        )
       221 BOLIVAR STREET                           )
       JEFFERSON CITY MO 65101                      )
                                                    )
               Defendants.                          )

## REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the Circuit Court

The Clerk of the Court will issue a Summons in the above-entitled action for United Rentals (North America), Inc. You are hereby instructed to effect service as follows:

Please Serve: Registered Agent for United Rentals (North America), Inc.: *CSC Lawyers Incorporating Service Co., 221 BOLIVAR STREET, JEFFERSON CITY MO 65101*

   X   a.     Service through the office of the Sheriff of Cole County, State of Missouri, other than by certified mail.

*Respectfully submitted by,*

THE PROTZMAN LAW FIRM, LLC,

Andrew B. Protzman, MO No. 47086
1100 Main Street
Suite 2600
Kansas City, Missouri 64105
(816) 421-5100
(816) 421-5105 (fax)
andy@protzmanlaw.com



# IN THE 6TH JUDICIAL CIRCUIT COURT, PLATTE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>OWENS LEE HULL JR | **Case Number: 10AE-CV04651** |
| Plaintiff/Petitioner:<br>AHMED BEKKOUCHE<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW BENTLEY PROTZMAN<br>THE PROTZMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2600<br>KANSAS CITY, MO 64105 |
| Defendant/Respondent:<br>UNITED RENTALS INC | Court Address:<br>415 3RD STREET<br>SUITE 5 |
| Nature of Suit:<br>CC Pers Injury-Prod Liab | PLATTE CITY, MO 64079                (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  UNITED RENTALS INC**
                   **Alias:**
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*PLATTE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 26, 2011

SANDRA L. DOWD, CC BY

FILE COPY

Platte County Circuit Court

_____
Date

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

AHMED BEKKOUCHE,                          )
13314 W. 138th Terrace         )
Overland Park, KS 66221                    )
                                           )
                                           )
            Plaintiff,                     )        Case No. 10AE-CV04651
                                           )
                                           )        Division No. 2
v.                                         )
                                           )
UNITED RENTALS, INC.                       )
                                           )
*Serve:* CSC Lawyers Incorporating Service Co. )
        *221 BOLIVAR STREET*               )
        *JEFFERSON CITY MO 65101*          )
                                           )
and                                        )
                                           )
UNITED RENTALS                             )
(NORTH AMERICA), INC.                      )
                                           )
*Serve:* CSC Lawyers Incorporating Service Co. )
        *221 BOLIVAR STREET*               )
        *JEFFERSON CITY MO 65101*          )
                                           )
and                                        )
                                           )
UNITED RENTALS HIGHWAY                     )
TECHNOLOGIES, INC.                         )
                                           )
*Serve:* CSC Lawyers Incorporating Service Co. )
        *221 BOLIVAR STREET*               )
        *JEFFERSON CITY MO 65101*          )
                                           )
and                                        )
                                           )
UNITED RENTALS NORTHWEST, INC.             )
                                           )
*Serve:* CSC Lawyers Incorporating Service Co. )
        *221 BOLIVAR STREET*               )
        *JEFFERSON CITY MO 65101*          )
                                           )
            Defendants.                    )

FILED

JAN 2 6 2011

SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

## REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the Circuit Court

      The Clerk of the Court will issue a Summons in the above-entitled action for United

Rentals, Inc. You are hereby instructed to effect service as follows:

Please Serve:   Registered Agent for United Rentals, Inc.: *CSC Lawyers Incorporating Service Co., 221 BOLIVAR STREET, JEFFERSON CITY MO 65101*

   X   a.      Service through the office of the Sheriff of Cole County, State of Missouri, other than by certified mail.

*Respectfully submitted by,*

**THE PROTZMAN LAW FIRM, LLC,**

Andrew B. Protzman, MO No. 47086
1100 Main Street
Suite 2600
Kansas City, Missouri 64105
(816) 421-5100
(816) 421-5105 (fax)
andy@protzmanlaw.com

# protzman law firm, llc



F I L E D
January 25, 2011
JAN 2 6 2011
andy@protzmanlaw.com
SANDRA L. DOWD
Clerk of the Circuit Court Platte County, MO

Platte County Circuit Clerk
ATTN: Civil Filings
415 3rd Street
Suite 5
Platte City, Missouri 64079-0050

RE: Bekkouche v. United Rentals, Inc., et al
Case No. 10AE-CV04651, Division 2

Dear Sir or Madam:

Enclosed, please find a request for service for each defendant, along with a copy of the petition and the Court's Notice Setting on Calendar to be served. Also enclosed is our firm's check for $78.

If you require anything further to effect service, please call. Thank you.

Sincerely,

Andrew B. Protzman

Enclosures

1100 main street • suite 2600 • kansas city, missouri • 64105
816.421.5100 (p) • 816.421.5105 (f) • www.protzmanlaw.com
of counsel, Davis Law Firm
Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 21 of 30

 **IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI**

## NOTICE
## SETTING ON CALENDAR

STATE OF MISSOURI )
) ss
COUNTY OF PLATTE )

CASE NO: 10AE-CV04651
NATURE OF SUIT: CC Pers Injury-Prod Liab

AHMED BEKKOUCHE
Plaintiff/Petitioner

v.

UNITED RENTALS INC
UNITED RENTALS NORTH AMERICA INC
UNITED RENTALS HIGHWAY TECHNOLOGIES INC
UNITED RENTALS NORTHWEST INC
Defendant/Respondent

TO:

| AHMED BEKKOUCHE 13314 W 138TH TERRACE OVERLAND PARK, KS 66221 | UNITED RENTALS INC UNITED RENTALS NORTH AMERICA INC UNITED RENTALS HIGHWAY TECHNOLOGIES INC UNITED RENTALS NORTHWEST INC CSC LAWYERS INCORPORATING SERV 221 BOLIVAR STREET JEFFERSON CITY, MO 65101 | ANDREW BENTLEY PROTZMAN THE PROTZMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2600 KANSAS CITY, MO 64105 | |
|---|---|---|---|

You are hereby notified that the referenced case has been set on the calendar as follows:

Division: DIVISION 2 COURT ROOM
Date: 21-MAR-2011
Time: 09:00 AM
Setting: 90 DAY DOCKET CALL

Date:   29-DEC-2010

SANDRA L. DOWD
Circuit Clerk, Platte County

## IN THE CIRCUIT COURT OF PLATTE COUNTY, MISSOURI

AHMED BEKKOUCHE,                               )
13314 W. 138th Terrace                         )
Overland Park, KS 66221                        )
                                               )
                                               )
                   Plaintiff,                  )     Case No. 10AE-CV04105I
                                               )
                                               )     Division No. _____II_____
v.                                             )
                                               )
UNITED RENTALS, INC.                           )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
        221 BOLIVAR STREET                      )
        JEFFERSON CITY MO 65101                )
                                               )
and                                            )
                                               )
UNITED RENTALS                                 )
(NORTH AMERICA), INC.                          )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
        221 BOLIVAR STREET                      )
        JEFFERSON CITY MO 65101                )
                                               )
and                                            )
                                               )
UNITED RENTALS HIGHWAY                         )
TCHNOLOGIES, INC.                              )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
        221 BOLIVAR STREET                      )
        JEFFERSON CITY MO 65101                )
                                               )
and                                            )
                                               )
UNITED RENTALS NORTHWEST, INC.                 )
                                               )
Serve: CSC Lawyers Incorporating Service Co.   )
        221 BOLIVAR STREET                      )
        JEFFERSON CITY MO 65101                )
                                               )
                   Defendants.                 )

## PETITION FOR DAMAGES

Comes now plaintiff Ahmed Bekkouche, by and through her undersigned counsel of record and, for his claims against defendants, states as follows:

## JURISDICTION AND VENUE

1.  Plaintiff Ahmed Bekkouche is an individual over the age of 18, and was at all pertinent times, a resident of Johnson County, Kansas.

2.  Defendants are each a foreign corporation licensed to do business in the state of Missouri, and each may be served by serving its registered agent. The are collectively referred to herein as "defendants" or "United Rentals." At all pertinent times, defendants owned and operated a retail branch at 1110 Quebec, North Kansas City, Missouri.

3.  Defendants committed the tortious acts alleged in this petition in Missouri, thus this Court has jurisdiction over this matter.

4.  The events at issue herein occurred on the premises at 7350 NW 87th Terrace, Kansas City, Platte County, Missouri, thus venue is proper in this Court.

## FACTS

5.  On or about September 4, 2008, plaintiff was performing electrical work in the parking garage of the Dillard's at Zona Rosa, 7350 NW 87th Terrace, Kansas City, Platte County, Missouri, as part of his employment with Faith Technologies.

6.  To assist plaintiff in his work, he was using an aerial lift which was rented from and supplied by defendants.

7.  The lift was equipped with a lever that moved the lift up and down, and was also designed and equipped with a safety switch which was intended to protect against inadvertent or accidental engagement of the up/down lever. At all pertinent times, the lift was in substantially the same condition as when it was provided by defendants.

2

8. When using the lift properly and appropriately and in a manner reasonably anticipated by defendants to perform electrical work on the light fixtures on the ceiling of the structure, Mr. Bekkouche came into contact with the lever for moving the lift up and down, but did not come into contact with the safety switch. Nonetheless, the lift suddenly and without warning raised up, jamming Mr. Bekkouch and the lift against the ceiling of the structure.

9. A representative of United Rentals came to the job site on the day of the incident, removed the safety switch from the lift, determined it malfunctioned, and replaced it. He retained the defective and malfunctioning safety switch.

10. As a result of these events, plaintiff suffered serious injuries to his head, neck, back, arms, hands and throughout his body. He has required painful and invasive surgeries and treatments, and will continue to require such medical intervention in the future. He has been left with a permanent injury and impairment which is both painful and progressive, and his injuries have limited his ability to find and maintain full employment and to enjoy his life. He will continue to suffer these injuries into the future as a result of this incident. He has incurred medical bills and lost wages, and will suffer these effects into the future.

## COUNT I - NEGLIGENCE

11. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1-10.

12. Defendants owned and were responsible for the care, maintenance and safety of the subject lift being used by plaintiff at the time of the incident.

13. Defendants had the legal duty to use ordinary care to ensure that the lift and its component parts were maintained in good repair and safe condition, that the lift and its

Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 26 of 30

component parts were safe for their intended and foreseeable uses, and were free from defects and dangerous conditions. They further had the duty to warn of any dangerous or defective conditions of the lift. These duties were owed to plaintiff and to the public at large.

14. Defendants breached their respective duties by

    a. providing the lift in an defective and dangerous condition which was not reasonably safe for the intended or foreseeable uses;

    b. failing to properly test and maintain the lift to ensure it was in safe and operational condition;

    c. providing the lift without an appropriate, effective and operational safety switch; and

    d. failing to provide a warning of the lift's defective and dangerous condition described above.

15. Defendants' negligence as set forth above caused plaintiff's injuries and damages as described in paragraph 10. As a result of defendants' negligence and the resulting injuries and damages, plaintiff has incurred past and future medical bills, past and future lost wages and lost earning capacity and significant physical and emotional pain and suffering, and will continue to suffer these effects into the future.

16. Defendants knew of the dangerous condition of the lift as set forth above at the time they transferred it in the course of their business. Defendants' conduct as set forth above was willful, wanton, malicious, and reckless, and exhibited complete indifference to or a conscious disregard for the safety of others.

## COUNT II – STRICT LIABILITY

17.    Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1-16.

18.    Defendants transferred the lift in the course of their business.

19.    The lift was used by plaintiff in a manner reasonably anticipated.

20.    The lift was then in a defective condition unreasonably dangerous when put to a reasonably anticipated use, and plaintiff was damaged as a direct result of such defective condition as existed when the product was transferred by defendants.

21.    The lift was then unreasonably dangerous when put to a reasonably anticipated use without knowledge of its characteristics, and plaintiff was damaged as a direct result of the product being transferred by defendants without an adequate warning.

22.    As a result, defendants are strictly liable for plaintiff's injuries and damages.

23.    The defective and unreasonably dangerous lift, as set forth above, caused plaintiff's injuries and damages as described in paragraph 10. As a result of these resulting injuries and damages, plaintiff has incurred past and future medical bills, past and future lost wages and lost earning capacity and significant physical and emotional pain and suffering, and will continue to suffer these effects into the future.

24.    Defendants knew of the dangerous condition of the lift as set forth above at the time they transferred it in the course of their business. Defendants' conduct as set forth above was willful, wanton, malicious, and reckless, and exhibited complete indifference to or a conscious disregard for the safety of others.

WHEREFORE, plaintiff prays for judgment in his favor on all counts, for his compensatory damages in a fair and reasonable amount in excess of $25,000, for exemplary damages in an amount sufficient to punish defendant and deter other from such conduct in

5

the future, and for his costs and expenses incurred herein, and for such further relief as the Court deems just.

**Plaintiff demands a trial by jury on all counts.**

*Respectfully submitted by,*

THE PROTZMAN LAW FIRM, LLC,

Andrew B. Protzman, MO No. 47086
1100 Main Street
Suite 2600
Kansas City, Missouri 64105
(816) 421-5100
(816) 421-5105 (fax)
andy@protzmanlaw.com
*Attorneys for Plaintiff*

# protzman law firm, llc



**FILED**

DEC 2 9 2010

**SANDRA L. DOWD**
Clerk of the Circuit Court Platte County, MO

December 23, 2010

*andy@protzmanlaw.com*

Platte County Circuit Clerk
Attn: Civil Filings
415 3rd Street
Platte City, MO 64079-0050

      RE:    Bekkouche v. United Rentals, Inc., et al.
             New Filing

Dear Clerk:

Enclosed, please find a new matter for filing. The Filing Information Sheet and my firm's check for the $110 filing fee is enclosed, along with the original and 2 copies of the Petition. Service documents are not enclosed – PLEASE HOLD SERVICE at this time. I will provide service documents shortly.

If you have any questions, please call me on my cell phone the week of December 27-31, 2010 – my number is 816-896-6026.

Thank you.

Sincerely,

Andrew B. Protzman

Enclosures

1100 main street • suite 2600 • kansas city, missouri • 64105
816.421.5100 (p) • 816.421.5105 (f) • www.protzmanlaw.com
*of counsel, Davis Law Firm*
Case 5:11-cv-00282-JTM   Document 1-1   Filed 03/18/11   Page 30 of 30